# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __7__

---

SIMON

USCA NO. _____

SDNY NO. __08cv00065__
JUDGE: __KMW__
DATE: __2/07/2008__

-v-

Federal Prison Industries, Inc. et al

---

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------

DOCUMENTS                                                                    DOC#

| |
|---|
| Clerk's Certificate |
| See Attached List of Numbered Documents |
| Only Circled Documents Included |

( √ ) Original Record                                         ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __7th__ Day of __February__, 2008.

**United States District Court for the Southern District of New York**

--------------------------------------------------------------
SIMON

                    -V-
Federal Prison Industries, Inc. et al
--------------------------------------------------------------

Date: **2/07/2008**

U.S.C.A. # _____

U.S.D.C. # **08cv00065**

D.C. JUDGE **KMW**

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through _6_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _7th_ Day of _February_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00065-KMW
## Internal Use Only

Simon v. Federal Prison Industries, Inc. et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Other

Date Filed: 01/04/2008
Date Terminated: 01/04/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Charles Simon.(laq) (Entered: 01/08/2008) |
| 01/04/2008 | 3 | NOTICE of MOTION. Document filed by Charles Simon. (laq) (Entered: 01/08/2008) |
| 01/04/2008 | 4 | AFFIDAVIT/AFFIRMATION ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION. Document filed by Charles Simon. (laq) (Entered: 01/08/2008) |
| 01/04/2008 | 2 | COMPLAINT against Thomas L. Ambro, Marjorie O. Rendell, Neil R. Gillagher, Christopher J. Christie, Nicholas H. Politan, Ricardo M. Urbina, Mark Wolf, Joseph L. Tauro, Arthur R. Randolph, Judith A. Rogers, David S. Tatel, Sandra L. Lynch, Kermit V. Lipez, Jeffrey R. Howard, Federal Prison Industries, Inc., Steve Shcwalb, Karolyn D. Robinson, Wallace H. Cheney, Faith S. Hochberg, Robert E. Cowen, Brooks D. Smith, Jane R. Roth. Document filed by Charles Simon.(laq) (Entered: 01/08/2008) |
| 01/04/2008 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 01/08/2008) |
| 01/04/2008 | 5 | ORDER OF DISMISSAL Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). The Order to Show Cause and plaintiffs motion for a preliminary injunction are both denied. Plaintiff must submit an affirmation to this Court's Pro Se Office within (20) days of the days of this order, showing cause as to why this court should not bar Plaintiff from filing any future civil action in this Court in forma pauperis without first obtaining the Court's leave to file. We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith (Signed by Judge Kimba M. Wood on 1/4/2008) (gf) (Entered: 01/08/2008) |
| 01/08/2008 | 6 | NOTICE OF APPEAL from 5 Order Dismissing Complaint (I.F.P.). Document filed by Charles Simon. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 02/06/2008) |
| 01/08/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Charles Simon. $455.00 APPEAL FEE DUE. IFP REVOKED 1/4/08. (tp) (Entered: 02/06/2008) |
| 02/06/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 02/06/2008) |
| 02/06/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 02/06/2008) |